# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 983**

In the Matter of                                     Case Number:

ELIZABETH KOGUCKI
VS.
METROPOLITAN WATER RECLAMATION DISTRICT
OF GREATER CHICAGO

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ELIZABETH KOGUCKI

| Field | Value |
|---|---|
| NAME (Type or print) | GREGORY J. BUECHE |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ Gregory J. Bueche |
| FIRM | Law Offices of Gregory J. Bueche |
| STREET ADDRESS | 27475 Ferry Road |
| CITY/STATE/ZIP | Warrenville, IL  60555 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | 6193425 |
| TELEPHONE NUMBER | 630-717-2962 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?  YES ☑  NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES ☐  NO ☑

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?  YES ☐  NO ☑

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES ☑  NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐



**FILED**
**FEBRUARY 15, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**JUDGE LINDBERG**
**MAGISTRATE JUDGE COLE**