AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**08 C 983**

**SUMMONS IN A CIVIL CASE**

ELIZABETH KOGUCKI

CASE NUMBER:

V.

ASSIGNED JUDGE:

METROPOLITAN WATER RECLAMATION
DISTRICT OF GREATER CHICAGO

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

METROPOLITAN WATER RECLAMATION DISTRICT OF GREATER CHICAGO
100 EAST ERIE STREET
CHICAGO, IL 60611

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gregory Bueche
27475 Ferry Road
Warrenville, IL 60555

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_Esperanza Arnold_
(By) DEPUTY CLERK

**February 19, 2008**
Date

**JUDGE LINDBERG**
**MAGISTRATE JUDGE COLE**

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 2/22/08 |
| NAME OF SERVER (PRINT) Gregory J. Buecke | TITLE |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Ruth Arce, Finance Dept. 2d Floor, 100 East Erie, Chicago - Metropolitan Water Reclamation District of Greater Chicago

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $20.00 | — | $20.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/22/08
Date

Signature of Server

27475 Ferry, Warrenville, IL
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.