## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                    Case Number: 08 C 983

Elizabeth Kogucki,
       Plaintiff,

v.

Metropolitan Water Reclamation District of Greater Chicago,
       Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

    Defendant Metropolitan Water Reclamation District of Greater Chicago.

| | |
|---|---|
| NAME (Type or print) <br>    Lisa A. Goldberg | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br>    s/Lisa A. Goldberg | |
| FIRM <br>    Metropolitan Water Reclamation District of Greater Chicago | |
| STREET ADDRESS <br>    Law Department – 3rd floor, 100 East Erie Street | |
| CITY/STATE/ZIP <br>    Chicago, IL  60611-3154 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br>    6194392 | TELEPHONE NUMBER <br>    (312) 751-6577 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ■   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ■ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ■   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ■   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |