U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                  Case Number: 08 C 983

Elizabeth Kogucki,
    Plaintiff,

    v.

Metropolitan Water Reclamation District of Greater Chicago,
    Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant Metropolitan Water Reclamation District of Greater Chicago.

| NAME (Type or print) |  |  |
|---|---|---|
| James B. Murray, Jr. |  |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |  |  |
| s/James Bernard Murray, Jr. |  |  |
| FIRM |  |  |
| Metropolitan Water Reclamation District of Greater Chicago |  |  |
| STREET ADDRESS |  |  |
| Law Department – 3rd floor, 100 East Erie Street |  |  |
| CITY/STATE/ZIP |  |  |
| Chicago, IL  60611-3154 |  |  |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6237741 | TELEPHONE NUMBER (312) 751-6580 |  |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ■ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ■ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ■ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ■ | NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |  |  |