## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                              Case Number: 08 C 983

Elizabeth Kogucki,
    Plaintiff,

    v.

Metropolitan Water Reclamation District of Greater Chicago,
    Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant Metropolitan Water Reclamation District of Greater Chicago.

| | | |
|---|---|---|
| **NAME** (Type or print)<br><br>Frederick M. Feldman | | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)<br><br>s/Frederick M. Feldman | | |
| **FIRM**<br><br>Metropolitan Water Reclamation District of Greater Chicago | | |
| **STREET ADDRESS**<br><br>Law Department – 3rd floor, 100 East Erie Street | | |
| **CITY/STATE/ZIP**<br><br>Chicago, IL  60611-3154 | | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**<br>0787736 | **TELEPHONE NUMBER**<br>(312) 751-6565 | |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ■ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ■ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ■ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ■ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | | |