IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Elizabeth Kogucki,<br>    Plaintiff,<br><br>v.<br><br>Metropolitan Water Reclamation<br>District of Greater Chicago,<br>    Defendant. | )<br>)<br>)   Case No. 08 C 983<br>)<br>)   Judge Lindberg<br>)   Magistrate Judge Cole<br>)<br>)<br>) |

### NOTICE OF FILING

**PLEASE TAKE NOTICE** that on March 13, 2008, the undersigned electronically filed the District's *Answer and Affirmative Defenses to Complaint* with the Clerk of the U.S. District Court for the Northern District of Illinois in the above captioned matter.

                                                  s/Frederick M. Feldman
                                                  Frederick M. Feldman
                                                  Attorney

MWRDGC
Frederick M. Feldman/Lisa A. Goldberg/James B. Murray, Jr.
100 East Erie Street
Chicago, IL 60611
(312) 751-6577
Attorney No. 28138

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a true and accurate copy of the District's *Answer and Affirmative Defenses to Complaint* to be served on all counsel upon whose behalf an appearance has been filed, by sending a copy of the same via the U.S. District Court for the Northern District of Illinois ECF system, said attorney(s) being registered Filing Users of the ECF system, on this 13th day of March, 2008.

s/Gabrielle Giamarusti<br>
Gabrielle Giamarusti