# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 983 | **DATE** | 4/10/2008 |
| **CASE TITLE** | Kogucki v. Metropolitan Water Reclamation | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 5/7/2008 at 9:30a.m. Discovery cutoff set for 8/6/2008. Discovery hearing set for 7/2/2008 at 9:30a.m. Motion for summary judgment due 8/27/2008. Response to the motion for summary judgment due 9/10/2008. Reply due 9/17/2008. Ruling set for 10/15/2008 at 9:30a.m. Proposed final pretrial order to be submitted to chambers by 2:00p.m. on 10/27/2008. Jury trial set for 11/3/2008 at 10:00a.m.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | SLB |
|---|---|---|