# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 983 | **DATE** | 5/19/2008 |
| **CASE TITLE** | Kogucki vs. Metropolitan Water Reclamation District of Greater Chicago | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to July 21, 2008 at 9:00 a.m. Schedule presently in place is vacated. All discovery shall close on March 15, 2009. Jury trial is set for October 5, 2009 at 9:30 a.m. Defendant's agreed motion for entry of a protective order regarding defendant's production of interview materials and personnel records to plaintiff is granted. Enter agreed protective order regarding defendant's production of interview materials and personnel records to plaintiff.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | CDH |
|---|---|---|